Larry Darnell KEEPER, Appellant,

v.

Carol E. JACKSON, Chief Judge of the United States District Court for the Eastern District of Missouri; Thomas J. Mehan, Assistant United States Attorney for the Eastern District of Missouri; James E. Martin, Assistant United States Attorney for the Eastern District of Missouri; Michael E. Gans, Clerk of Court of the United States Court of Appeals for the Eighth Circuit; Judge Shepherd, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Smith, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Bye, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Colloton, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Arnold, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Fagg, Judge of the United States Court of Appeals for the Eighth Circuit; Judge Melloy, Judge of the United States Court of Appeals for the Eighth Circuit; Eric H. Holder, Jr.,[1] Attorney General of the United States, Appellees.

No. 08–2318.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2009.

Filed: July 10, 2009.

Before MURPHY, RILEY, and BENTON, Circuit Judges.

PER CURIAM.

Larry Keeper (Keeper) appeals the district court's[2] 28 U.S.C. § 1915A preservice dismissal of his complaint, in which he contended the named defendants participated in a conspiracy to discriminate against Keeper, to violate his equal protection rights, and to deny him access to the

---

1. Eric H. Holder, Jr. has been appointed to serve as Attorney General of the United States, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, sitting by designation in the Eastern District of Missouri.

courts in connection with legal proceedings surrounding his career-offender sentence for a federal drug conviction.

Having conducted careful de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review), we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.